IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EMIL LEDOUX,

                    Petitioner,                        ORDER

      v.                                      08-cv-343-slc

STATE OF WISCONSIN,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order dated July 3, 2008, District Judge Barbara Crabb directed petitioner Emil Ledoux to advise the court no later than July 23, 2008, whether he intends to pursue his claim that he is being held in custody in violation of the Constitution or laws of the United States OR pursue his claim that he is being denied medical care. She told him that if he wanted to pursue both claims, he would have to file separate lawsuits. In addition, she gave him until July 23, 2008, in which to submit a trust fund account statement for the six-month period beginning approximately December 10, 2007 and ending approximately June 10, 2008, so that the court could determine whether he qualifies to proceed in forma pauperis with one or both actions.

Now petitioner has filed a pleading on forms for a petition for a writ of habeas corpus

1

Copy of this document has been
provided to: _____
_____
this ____ day of ____, 20__
by _____
M. Hardin, Secretary to
Judge John C. Shabaz

under 28 U.S.C. § 2254 in which he claims that his conviction for felony damage to property is invalid.  As relief, he seeks $50,000 for wrongful imprisonment.  Petitioner's pleading is not accompanied by a trust fund account statement as previously requested.  Petitioner must make this submission before the court can rule on his application for a writ of habeas corpus. Alternatively, he may pay the $5 filing fee required for habeas petitions.

ORDER

IT IS ORDERED that petitioner Emil Ledoux has until August 11, 2008 in which to either pay the $5 filing fee or submit a trust fund account statement for the six-month period beginning approximately December 10, 2007 and ending approximately June 10, 2008.

Entered this 31st day of July, 2008.

BY THE COURT:

STEPHEN L. CROCKER
Magistrate Judge

2