# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**EMIL LEDOUX,**                                           **JUDGMENT IN A CIVIL CASE**

              **Petitioner,**

**v.**                                                               **08-cv-343-slc**

**STATE OF WISCONSIN,**

              **Respondent.**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Emil Ledoux for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for

petitioner's failure to exhaust his state court remedies.

**JOEL W. TURNER**

---
**Joel W. Turner, Acting Clerk**

**Connie A. Korth**                                    **8/20/08**

---
**by Deputy Clerk**                                    **Date**

Dockets.Justia.com