# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

**EMIL LEDOUX,**                                                        **JUDGMENT IN A CIVIL CASE**

           **Petitioner,**

                                                                            **08-cv-343-slc**
  **v.**

**STATE OF WISCONSIN,**

           **Respondent.**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

that the petition of Emil Ledoux for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE for petitioner's failure to exhaust his state court remedies.

**JOEL W. TURNER**
_____
**Joel W. Turner, Acting Clerk**

**Connie A. Korth**                                            **8/20/08**
_____      _____
          **by Deputy Clerk**                                                 **Date**